IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : INFORMATION |
| SANDRA GORMAN, | : 29 U.S.C. § 439(c) |
| Defendant. | : |

3:07 cr 0163

MICHAEL R. MERZ

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE
[29 U.S.C. § 439(c)]

1. At all times relevant to this Information, the American Federation of State, County and Municipal Employees Local 11 ("AFSME Local 11") was a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2. On or about December 31, 2003, within the Southern District of Ohio, the defendant, SANDRA GORMAN, did wilfully make and cause to be made a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is, the financial statement of the Ohio Department of Transportation Assembly for the fourth quarter of 2003, a record on matters required to be reported in the annual financial report of the AFSME Local 11.

GREGORY G. LOCKHART
United States Attorney

VIPAL J. PATEL
Deputy Chief, Criminal Division